**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| PEOPLE'S UNITED BANK | : | |
|     Movant, | : | Chapter 7 |
| | : | |
| -vs- | : | |
| | : | |
| TRACEY GARDNER | : | |
| AKA TRACEY K.N, BROWN | : | |
| And | : | |
| JOHN J. O'NEIL, | : | Case No. 13-22241 |
|     Respondent. | : | |
| | : | |
| | : | DECEMBER 4, 2013 |

**OBJECTION TO MOTION FOR RELIEF**
 and 
**REQUEST FOR HEARING**

People's United Bank, a secured creditor in the above-captioned bankruptcy case, by its counsel, Meyers, Piscitelli & Link LLP, has filed a Motion for Relief from Stay (ECF Doc # 8) as to the first mortgage against the debtor's residence.

The Debtor, Tracey Gardner, respectfully seeks a hearing on the *Motion for Relief*. The Debtor disputes the amount of the alleged arrearage and/or that People's United Bank is the owner of the Note which requires additional time to investigate and, possibly, to issue discovery requests against the Movant.

Finally, the debtor submits that there is equity in the property as the judicial liens referenced in the Movant's motion are expected to be avoided in the instant proceeding.

WHEREFORE, the undersigned requests that the Court set down a hearing on the Motion for Relief.

                                                      RESPONDENT,  TRACEY GARDNER

                    By:     __/s/ Suzann L. Beckett_____
                             Suzann L. Beckett, LLC
                             543 Prospect Avenue
                             Hartford, CT  06105
                             (860) 236-1111
                             Federal Bar No. ct02186