# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re

TRACEY GARDNER
a/k/a Tracey Brown
    Debtor

JOHN O'NEIL
    Trustee

Chapter 7

Case No. 13-22241

September 3, 2014

## MOTION TO VACATE CHAPTER 7 DISCHARGE

Tracey Gardner, (the "Movant"), by and through counsel, Suzann L. Beckett, hereby requests that this Court enter an Order Vacating the discharge in the above-referenced case on the grounds set forth below:

1. On October 31, 2013 the above-named Debtor filed in this Court a voluntary petition under Chapter 7 of the United States Code.

2. John J. O'Neil was duly appointed trustee.

3. At the time of the confirmation, the Movant was delinquent on her first mortgage th United Bank but did not have sufficient income to propose a viable Chapter 13 pl

scharge entered on February 5, 2014.

nce the Date of the Discharge, the Debtor has obtained stable employment and is vill be able to make her mortgage payments and, also, pay an appropriate ar stee under a viable Chapter 13 plan.

nce the date of the discharge, the Movant has been working cooperatively and

ORDER DENYING - PER HEARING HELD ON 9/11/14
DATED: 9/11/14

Albert S. Dabrowski
United States Bankruptcy Judge